IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FABIAN JONES, Defendant. | 8:13CR372 ORDER |

Defendant Fabian Jones appeared by summons before the court on Friday, July 27, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [79]. Defendant was represented by Assistant Federal Public Defender, Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney, Matt E. Lierman. Defendant was not is custody and the government did not seek detention, therefore the defendant was not entitled to a preliminary examination. Defendant was released on the current terms and conditions of supervision with an additional condition.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 12, 2018, at 2:30 p.m. Defendant must be present in person.

2. Defendant is released on the current terms and conditions of supervision, and the added condition that he shall be placed in a public law placement at Dismas Charities.

Dated this 27th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge